UNITED STATES DISTRICT COURT

DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CRIMINAL NO. 23-00268-JMC |
| ) | |
| MICHAEL ST. PIERRE         ) | |

**MOTION FOR RETURN OF PROPERTY**

Defendant, Michael St. Pierre, hereby moves, pursuant to Fed. R. Crim. P. 41(g), for immediate return of a computer, as well as other digital devices, seized from him contemporaneously with his arrest on July 27, 2023. As grounds therefore, defendant through undersigned counsel states that St. Pierre is the sole proprietor of a small business in Fall River, Massachusetts. The seized devices – especially the computer – are indispensable to the business's operation and his business has been (and will continue to be) substantially hobbled until the computer and the business-related data on it is returned to him. Undersigned counsel initially requested return of the devices shortly after St. Pierre's arrest and has followed up that request on several occasions. In conjunction with the requests, undersigned counsel has offered to stipulate to the authenticity of the forensically extracted data from the devices in connection with all further proceedings in this case.

It has now been 25 days since St. Pierre's arrest and the seizure of his devices. Upon information and belief, forensic data extraction from digital devices like those seized from St. Pierre is largely an automated task that ordinarily takes 72 hours or less. While the government has indicated that release of the devices is forthcoming, it has not yet provided an anticipated date for their return. Meanwhile, St. Pierre's livelihood continues to be significantly impacted and may soon grind to a halt.

For the forgoing reasons, the defendant requests an order directing the government to immediately release the seized digital devices or to show cause why it is not able to do so. If the government cannot immediately release the devices, the defendant requests that the government be ordered to propose a date certain by which it will produce the physical devices to the defendant.

A proposed order is attached.

The government opposes this Motion. In its view, the U.S. Attorney's Office and the FBI agents assigned to the matter have been, and are, taking specific steps to effect the return of the property and are working as expediently as possible toward that goal. Thus, no intervention by this Court is necessary.

MICHAEL ST. PIERRE
By his attorney,

/s/ Timothy Watkins
Timothy Watkins
Federal Defender Office
51 Sleeper St., Third Floor
Boston, MA   02210
(617) 223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 21, 2023.

/s/ Timothy G. Watkins
Timothy G. Watkins