UNITED STATES DISTRICT COURT

DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )   CRIMINAL NO. 23-00268-JMC<br>)<br>MICHAEL ST. PIERRE                    ) | |

**EMERGENCY MOTION TO CONTINUE TRIAL AND FOR A
HEARING TO ADDRESS THE ISSUE OF COUNSEL**

 Defendant, Michael St. Pierre, respectfully moves this Court to continue the nonjury trial in this matter, now scheduled to begin this Monday, April 15, 2024. As reasons therefore, undersigned counsel states that Mr. St. Pierre has, in the last few days, raised substantial concerns as to undersigned counsel's effectiveness in handling his case. Upon information and belief, Mr. St. Pierre has attempted this day to file a *pro se* motion, using the clerk's office [dcd_intake@dcd.uscourts.gov](mailto:dcd_intake@dcd.uscourts.gov) email address, that outlines his concerns for the Court.

 As further reasons, defendant by separate motion has requested leave to file an *ex parte* declaration under seal for the Court's consideration.

 For the above reasons, defendant requests the Court continue trial in this matter and instead set a hearing to consider the issue of counsel for Mr. St. Pierre.

 The government opposes this Motion.

             MICHAEL ST. PIERRE
             By his attorney,


             /s/ Timothy G. Watkins
             Timothy G. Watkins
             Federal Defender Office
             District Of Massachusetts
             Western Massachusetts Office
             1 Federal St, Building 101, Suite 3W
             Springfield, MA 01105

CERTIFICATE OF SERVICE

      I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 12, 2024.

                                        /s/ Timothy G. Watkins
                                        Timothy G. Watkins