UNITED STATES DISTRICT COURT

DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 23-00268-JMC |
| ) | |
| MICHAEL ST. PIERRE ) | |

**MOTION FOR LEAVE TO FILE DECLARATION OF COUNSEL IN SUPPORT OF EMERGENCY MOTION TO CONTINUE TRIAL AND FOR A HEARING TO ADDRESS THE ISSUE OF COUNSEL**
*EX PARTE* **AND UNDER SEAL**

Undersigned counsel for the defendant, Michael St. Pierre, moves this Court for leave to file a Declaration of Counsel *ex parte* and under seal. As reasons therefore, the declaration will contain statements and other materials that are protected by the attorney-client privilege and are thus inappropriate for disclosure to the government or to the public through public filing.

    MICHAEL ST. PIERRE
    By his attorney,

    /s/ Timothy G. Watkins
    Timothy G. Watkins
    Federal Defender Office
    District Of Massachusetts
    Western Massachusetts Office
    1 Federal St, Building 101, Suite 3W
    Springfield, MA 01105

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), as well as to Michael St. Pierre by electronic mail, on April 12, 2024.

    /s/ Timothy G. Watkins
    Timothy G. Watkins