UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-CR-268-JMC |
| | : | |
| **MICHAEL ST. PIERRE,** | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S OPPOSITION TO
## DEFENDANT'S EMERGENCY MOTION TO CONTINUE TRIAL DATE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant St. Pierre's Motion to Continue Trial.

The basis for the defendant's request for a continuance is to request new counsel on the eve of trial. Since the defendant's arrest in July 2023, he has maintained the same counsel throughout proceedings. The defendant now seeks to delay this trial by seeking new counsel.

The government is prepared to move forward with the trial on Monday. Two out-of-state Federal Bureau of Investigation agents are traveling to Washington, D.C. this weekend to assist with Monday's trial, including an agent scheduled to testify. Significantly, the government also plans to call a victim witness who resides outside of the Washington, D.C. metropolitan area. This particular witness is a retired Metropolitan Police Officer who rearranged his work schedule to travel to the District on Monday evening and testify on Tuesday.

## CONCLUSION

For the foregoing reasons, the Government respectfully requests that the Court deny Defendant's request for a continuance of this trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

1

                        D.C. Bar No. 481052

By:    */s/ Kyle R. Mirabelli*
       Kyle R. Mirabelli
       NY Bar No. 5663166
       Assistant United States Attorney
       601 D Street, N.W.
       Washington, D.C. 20530
       kyle.mirabelli@usdoj.gov
       (202) 252-7884