UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:23-cr-268 (JMC) |
| | : | |
| **MICHAEL ST. PIERRE,** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION TO DISMISS COUNT TWO
OF INDICTMENT**

The United States of America, by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss Count Two of the Indictment (ECF No. 11), charging the defendant with Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2) and 2. The government makes this motion in the interest of justice and in order to clarify and simplify the issues to be resolved at the defendant's trial, which is scheduled for October 7, 2024. *See* ECF No. 44 (Pretrial Order) at 1.

The government further asserts that the dismissal of Count Two does not require any additional continuances of the trial date. With nearly two months remaining for any additional trial preparations, the parties should have sufficient time to prepare their trial arguments and evidence. Indeed, the arguments at trial will only be simplified without Count Two. The nature of the conduct has not changed, and the relevant evidence at trial remains fundamentally the same. In the interests of justice, to bring finality to a case that has been pending since July 2023, and for which the trial has already been continued once before (*see* 4/15/2024 Minute Entry noting Court's Oral Order granting Defendant's Motion to Continue Trial), the government submits that the sentencing hearing should proceed as scheduled on October 7, 2024.

        Respectfully submitted,

        MATTHEW M. GRAVES  
        United States Attorney  
        D.C. Bar No. 481052

By:    */s/ Kyle R. Mirabelli*  
        KYLE R. MIRABELLI  
        N.Y. Bar No. 5663166  
        Assistant United States Attorneys  
        601 D Street, N.W.  
        Washington, D.C. 20579  
        kyle.mirabelli@usdoj.gov  
        (202) 252-7884

        */s/ Shanai Watson*  
        SHANAI WATSON  
        Trial Attorney / Detailee  
        New York Bar Reg. No. 5003165  
        Department of Justice  
        1301 New York Ave. N.W.,  
        Washington, DC 20005  
        (202) 616-0245  
        shanai.watson@usdoj.gov