UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   No. 1:23-cr-00268-JMC |
| | ) |
| MICHAEL ST. PIERRE, | ) |
|     Defendant. | ) |

_____)

## NOTICE OF APPEARANCE

Please note the appearance of Hannah Taylor as co-counsel for the defendant

Michael St. Pierre in the above-captioned matter.

Respectfully submitted,
**MICHAEL ST. PIERRE,**
By his attorney,

/s/ Hannah Taylor
Hannah Taylor
BBO # 710056
Tumposky & Associates, P.C.
88 Broad Street, Suite 101
Boston, MA 02110
T) 617/722-8220

## CERTIFICATE OF SERVICE

I, Hannah Taylor, hereby certify that, on October 3, 2024, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Hannah Taylor
Hannah Taylor

1