UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | No. 1:23-CR-268 (JMC) |
| ) | |
| MICHAEL ST. PIERRE ) | |
|     Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION *IN LIMINE* TO PROHIBIT USE OF THE TERM "RESTRICTED"**

Michael St. Pierre, defendant in the above-captioned matter, respectfully moves this Honorable Court pursuant to Fed. R. Evid. 403 and 701 to prohibit the Government and its witnesses from using the term "restricted" in relation to the Capitol grounds and/or building during the course of this trial.

As grounds, the term "restricted" is a legal term of art for the purposes of 18 U.S.C. § 1752. Whether, on January 6, 2021, any area of the Capitol grounds or building was "restricted" within the meaning of 18 U.S.C. § 1752 is a matter for the finder of fact and referring to any area of the Capitol building or grounds as "restricted" impermissibly and needlessly invades the province of the fact finder and prejudices Mr. St. Pierre.

Wherefore, Mr. St. Pierre respectfully requests that this Honorable Court exclude the use of the term "restricted" when referring to any area of the Capitol building or grounds during trial.

Respectfully submitted,
MICHAEL ST. PIERRE
By his attorney,

/s/ Michael Tumposky
Michael Tumposky (BBO No. 660618)
Tumposky & Associates, P.C.
88 Broad Street, Suite 101
Boston, MA 02110
T) (617) 722-8220

## CERTIFICATE OF SERVICE

I, Michael Tumposky, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 6, 2023.

/s/ Michael Tumposky
Michael Tumposky