UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MICHAEL ST. PIERRE,

          Defendant.

Criminal Action No. 23-268 (JMC)

**VERDICT FORM**

Count 1:    Obstructing Officers During a Civil Disorder (18 U.S.C. § 231(a)(3))

    _____ Not Guilty        \_\_\_\_X\_\_\_\_ Guilty

Count 2:    Destruction of Government Property (18 U.S.C. § 1361)

    _____ Not Guilty        \_\_\_\_X\_\_\_\_ Guilty

Count 3:    Entering or Remaining in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(1))

    \_\_\_\_X\_\_\_\_ Not Guilty        _____ Guilty

Count 4:    Disorderly or Disruptive Conduct in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(2))

    \_\_\_\_X\_\_\_\_ Not Guilty        _____ Guilty

Count 5:    Engaging in Physical Violence in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(4))

    \_\_\_\_X\_\_\_\_ Not Guilty        _____ Guilty

Count 6:     Disorderly Conduct in a Capitol Building or Grounds (40 U.S.C. § 5104(e)(2)(D))

_____ Not Guilty       \_\_\_\_X\_\_\_\_ Guilty

Count 7:     Act of Physical Violence at the Capitol Building Or Grounds (40 U.S.C. § 5104(e)(2)(F))

_____ Not Guilty       \_\_\_\_X\_\_\_\_ Guilty

**SO ORDERED.**

DATE: October 9, 2024

_____
Jia M. Cobb
U.S. District Court Judge